IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | UNDER SEAL |
| v. | * | CRIMINAL NO.: WDQ-14-071 |
| SAMUEL VANSICKLE | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 25th day of February, 2015, ORDERED that:

1. Under 18 U.S.C. § 4241(d), VanSickle be committed to the custody of the Attorney General, who shall hospitalize VanSickle for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that, in the foreseeable future, VanSickle will attain capacity to stand trial;

2. As soon as possible, the parties shall propose to the Court arrangements for securing VanSickle's hospitalization; and

3. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

_____
William D. Quarles, Jr.
United States District Judge